UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID PHILIP DRAHEIM,  )  <br> )  <br> Petitioner,  )  <br> )  <br>v.  )  <br> )  <br>SHIRLEY A. HARRY,  )  <br> )  <br> Respondent.  )  <br>_____) | Case No. 1:05-cv-587 <br><br> Honorable Wendell A. Miles |

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be DISMISSED without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


Dated:  October 25, 2005                     /s/ Wendell A. Miles
                                             Wendell A. Miles
                                             Senior U.S. District Judge